UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-924-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CRAIG TAYLOR,

        Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Andrea M. Simonton recommending that the Defendant's *pro se* Letter/Motion for Clarification [DE 515] be DENIED. The Court has reviewed Judge Simonton's R&R, to which no objections have been filed, and based on a *de novo* review of the record, it is hereby

ORDERED that the above-mentioned R&R of Magistrate Judge Simonton is RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendant Taylor's Letter/Motion for Clarification is DENIED.

DONE AND ORDERED in Miami, Florida this 12th day of March, 2013.

                                         PATRICIA A. SEITZ
                                         UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Andrea M. Simonton
Counsel of Record/Pro Se Parties